10249. THOMAS *v.* SCOTT.

LUKE, J. 1. Permissive use of a private way not over fifteen feet in width may ripen into prescriptive rights thereto. See *Kirkland* v. *Pittman*, 122 *Ga.* 256, 259 (50 S. E. 117) and cases cited.
2. The evidence in this case was conflicting, but the ordinary who heard the case was authorized to render judgment requiring removal of obstructions from the private way. For no reason assigned did the judge of the superior court err in the judgment overruling the certiorari.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
DECIDED APRIL 19, 1919.

Certiorari; from Gordon superior court—Judge Tarver. November 2, 1918.

*F. A. Cantrell, Neel, Finley & Neel,* for plaintiff in error.

*A. L. Henson,* contra.